KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Acting Chief, Criminal Division

MERRY JEAN CHAN (CSBN 229254)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, CA, 94612
    Telephone: (510) 637-3703
    Telefax:   (510) 637-3724
    Email:    merry.chan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>        Plaintiff,            )<br>   v.                           )<br>WILLIAM GLENN OLSEN,   )<br>        Defendant.         )<br>_____) | No. CR 05-00270 MJJ<br><br>[~~PROPOSED~~] ORDER CONTINUING STATUS CONFERENCE UNTIL JUNE 30, 2005, AND EXCLUDING JUNE 9. 2005 THROUGH JUNE 30, 2005 UNDER SPEEDY TRIAL ACT, 18 U.S.C. § 3161(h)(8)(A), FOR EFFECTIVE PREPARATION OF COUNSEL AND UNUSUAL CASE |

1. For good cause shown, and based on the parties' stipulation, it is hereby ordered that the status conference is continued from June 9, 2005 until June 30, 2005, at 2:00 p.m.

2. It is also ordered that the time between June 9, 2005 and June 30, 2005 is a period of delay that is excluded from the Speedy Trial Act calculation for the effective preparation of counsel and because the case is so unusual, 8 U.S.C. § 3161(8)(A)&(8)(B)(i)&(8)(B)(iv). This Court finds that defense counsel requires three additional weeks to review and analyze discovery, specifically, pertaining to creation dates of electronic files, that is time-consuming to review and requires the aid of forensic experts, taking into account the exercise of due diligence. This Court also finds that because this case involves numerous batches of electronic files, and

a defendant who is charged with sending child pornography to the federal prison from which he was released, shortly after his release, it is so unusual that the defense counsel requires additional time to effectively prepare. The ends of justice served by the granting of this continuance and exclusion outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

DATED: 6/8/2005              /s/ _____
                             HON. MARTIN J. JENKINS
                             United States District Judge

APPROVED
Judge Martin J. Jenkins

(Approved as to form: _____)
                     /s/ AUSA Merry Jean Chan

(Approved as to form: _____)
                     /s/ David Andersen, Attorney for William Glenn Olsen

2