1  DAVID L. ANDERSEN (S.B. No. 50010)
   ANDERSEN & ZIMMER
2  385 Grand Avenue, Suite 300
   Oakland, CA 94610
3  (510)835-4952 FAX (510)835-4958

4  Attorney For WILLIAM GLENN OLSEN

**FILED**

OCT 1 1 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| UNITED STATES, | ) | Action No.  CR 05-00270 MJJ |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING DATE** |
| v. | ) | |
| WILLIAM GLENN OLSEN | ) | |
| Defendant. | ) | |

The United States and the defendant, WILLIAM GLENN OLSEN, through their respective attorneys jointly request that the sentencing of the defendant be continued from the date of October 14, 2005, to November 18, 2005, 2:30 p.m., in Courtroom One of the Oakland Division of the Court. This request is made because the probation report will not be available on the date previously scheduled. The failure of the report to be completed on time is due to unfortunate timing between the vacation dates of defense counsel and the training schedule of the probation officer.

DATED: October 6, 2005

/s/ David L. Andersen
David L. Andersen
Attorney for William Glenn Olsen

DATED: October 6, 2005

/s/Merry Jean Chan
Merry Jean Chan
Attorney for the United States

IT IS SO ORDERED.

DATED: 10/11/2005

Martin J. Jenkins
United States District Court Judge